UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Claire C. Cecchi |
| v. | : Crim. No. 11-0622 (CCC) |
| DAVID JONES, a/k/a "David Davis," a/k/a "Nut, JERMAINE MAY, a/k/a "Jungle," and ALHAKIM YOUNG, a/k/a "Jigga," a/k/a "Jig" | : CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Gurbir Grewal, Assistant U.S. Attorney and Dara Aquila Govan, Assistant U.S. Attorney, appearing) and defendant David Jones (Howard Brownstein, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from today up to and including June 11, 2012, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. The defendant has consented to the aforementioned continuance;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(a), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 9th day of March 2012,

IT IS ORDERED that this action be, and hereby is, continued for a period from today up to and including June 11, 2012; and it is further

ORDERED that the period from and including March 9, 2012, through and including June 11, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(a); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

Pre-trial motions: May 4, 2012

Opposition: May 18, 2012

Motions hearing: <u>May 29, 2012</u>

Trial: <u>June 11, 2012</u>

3/9/12

_____
HON. CLAIRE C. CECCHI
United States District Judge

Form and entry
consented to:

_____
Dara Aquila Govan
Gurbir Grewal
Assistant U.S. Attorneys


_____
Howard Brownstein, Esq.
Counsel for David Jones

Motions hearing: <u>May 29, 2012</u>

Trial: <u>June 11, 2012</u>

_____
HON. CLAIRE C. CECCHI
United States District Judge

Form and entry
consented to:

_____
Dara Aquila Govan
Gurbir Grewal
Assistant U.S. Attorneys

_____
Howard Brownstein, Esq.
Counsel for David Jones